**EXHIBIT 1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ROBERT RAY REED,<br><br>PLAINTIFF,<br><br>v.<br><br>GULF COAST ENTERPRISES, ET AL.<br><br>DEFENDANTS. | *Filed Electronically*<br><br>**AFFIDAVIT OF CATHERINE COOKE**<br><br>Civil Action No.: 3:15-CV-295-JHM |

The Affiant, Catherine Cooke, states as follows:

1. I am employed by SourceAmerica as a Director, Contract Management and I have personal knowledge of the facts stated in this Affidavit.

2. Defendant, SourceAmerica, is a national nonprofit organization that assists in the administration of a unique federal government contract procurement program called the U.S. AbilityOne Program ("AbilityOne Program"), which allocates certain federal government contracts to non-profit service providers and producers of goods that employ blind and significantly disabled people. These service providers and producers of goods are referred to herein as Nonprofit Agencies ("NPAs"). The AbilityOne Program provides employment to over 40,000 Americans with significant disabilities every year.

3. The U.S. AbilityOne Commission ("Commission") is the agency of the federal government that oversees the AbilityOne Program. SourceAmerica is one of two Central Nonprofit Agencies ("CNAs") chosen by the Commission to assist it with the distribution of

procurement contracts among the NPAs. Among its many responsibilities, SourceAmerica identifies commodities and services suitable for inclusion in the AbilityOne Program. If added to the Procurement List ("PL") by the Commission, SourceAmerica then evaluates the NPAs in its network for capability, and after a robust vetting process of the NPAs that respond to the subject opportunity notice, SourceAmerica then recommends a specific NPA to the Commission. SourceAmerica does not make a final determination regarding NPA selection. The Commission makes the final determination. The actual contract award is then made by the relevant federal contracting agency.

4. SourceAmerica does not employ AbilityOne employees. At times, the federal contracting activity will request that SourceAmerica serve as the Prime Contractor, at which time SourceAmerica will oversee and manage the contractual compliance obligations of its subcontractor (s), which may be one or more nonprofits in its network, or one or more commercial vendors. The subcontractors are the employers of record and wholly responsible for adhering to employment and labor laws and regulations as such. SourceAmerica does not enter into employment or labor agreements with the subcontractors or individual AbilityOne employees or subcontractor employees, generally. SourceAmerica is not an employer of AbilityOne employees.

5. With respect to the situation involving Plaintiff, Robert Reed ("Reed"); the Department of Public Works, Department of the Army, Fort Knox, Kentucky ("DPW Fort Knox") had a requirement to procure, among other things, facility maintenance services. This requirement was on the PL and SourceAmerica was selected by the federal contracting agency, DPW Fort Knox, as the Prime Contractor. SourceAmerica entered into several subcontractor agreements, and Defendant Gulf Coast Enterprises ("GCE"), was chosen by the Commission

through the AblityOne program to provide facility maintenance labor. Reed was one of the employees who was employed by GCE to provide maintenance labor at DPW Fort Knox.

6. SourceAmerica's relationship with GCE and the other corporate Defendant, The Ginn Group ("Ginn") is purely contractual. The relevant subcontracts provide that employees of GCE, like Reed, and employees of Ginn, are not employees of SourceAmerica, and further provide that neither Ginn nor GCE nor their respective employees are agents of SourceAmerica.

7. At all times relevant to the allegations in the Complaint, SourceAmerica had no more than five (5) employees in Kentucky providing infrastructure and support services for GCE and Ginn.

8. SourceAmerica was not aware that Reed filed a Charge of Discrimination with the Equal Employment Opportunity Commission.

9. SourceAmerica did not employ Reed and did not control any aspect of his work for GCE. SourceAmerica did not take any action with respect to Reed's employment, nor did it influence GCE or any other entity to take any action.

Further Affiant sayeth naught.

_Catherine Cooke_

COMMONWEALTH OF  Virginia       )
                                )SS.
COUNTY OF  Fairfax              )

Subscribed, sworn to, and acknowledged before me by Lillian Pankey on this the 5th day of June, 2015.

My Commission Expires: 03/31/2019

_Lillian Pankey_
NOTARY PUBLIC, STATE AT LARGE

LILLIAN IRENE PANKEY
NOTARY PUBLIC
REGISTRATION # 7507465
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
March 31, 2019

3