IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| ROBERT RAY REED | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-CV-295-JHM |
| | ) |
| GULF COAST ENTERPRISES, | ) |
| THE GINN GROUP, INC. and | ) |
| GARY MATTHEWS | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT THE GINN GROUP, INC.'S
REQUIRED FRCP 26(a)(1)(A) INITIAL DISCLOSURES**

Comes the Defendant, The Ginn Group, Inc., by and through undersigned counsel, and hereby submits its Required Initial Disclosures pursuant to FRCP 26(a)(1)(A).

1. **FRCP 26(a)(1)(A)(i).** The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:** A complete list of individuals who have discoverable information will be developed over the forthcoming course of litigation. At the outset of discovery, this Defendant can disclose all Parties hereto and all individuals disclosed by Plaintiff in his Required Initial Disclosures. In addition, the following individuals may possess discoverable information:

    1.    Gary Matthews - The Ginn Group;

    2.    William VanCleave - Gulf Coast Enterprises;

    3.    Ron Shipley - Gulf Coast Enterprises;

    4.    Angie Kahiapo - Gulf Coast Enterprises; and

    5.    Medical providers who have treated and/or evaluated Robert Reed.

**2.** **FRCP 26(a)(1)(A)(ii).** A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:** Defendant cannot speculate as to the totality of documents, electronically stored information, and tangible things that may be in its possession that may be used to support their defenses until Plaintiff's claims have been presented in detail. At this time, the Defendant is knowledgeable of the following documents in its possession that it may utilize in support of its defense:

    1.    Personnel records of Robert Reed;

    2.    LCI - TGG Ft. Knox TFM Agreement 3-25-13;

    3.    Signed NISH TGG Subcontract Agreement W9124D 11 C0019;

    4.    GCE Employee Handbook;

    5.    Applicable GCE policies and procedures;

    6.    Documents filed with and issued by the U.S. Equal Employment Opportunity Commission with respect to Robert Reed;

    7.    Documents filed with and issued by the Kentucky Department of Workers Claims with respect to Robert Reed;

    8.    GCE Executive Summary; and

    9.    Documents regarding AbilityOne Program.

3.    **FRCP 26(a)(1)(A)(iii).**  A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:** This Defendant does not claim damages in this matter.

4.    **FRCP 26(a)(1)(A)(iv).**  For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**  This information will be provided under separate cover letter to counsel of record.  The applicable insurance policy was issued by Hanover Insurance Company, Policy No. LHA-9869472-02, with a cover limit of $1,000,000.

    Respectfully submitted,

    PHILLIPS PARKER ORBERSON & ARNETT, P.L.C.

    By:    */s/ Sean Ragland*
            Sean Ragland, Esq. sragland@ppoalaw.com
            Nicholas R. Hart, Esq. nhart@ppoalaw.com
            716 West Main Street, Suite 300
            Louisville, Kentucky 40202
            (502) 583-9900
            *Counsel for Defendant, The Ginn Group, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 11, 2016, I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

Samuel G. Hayward
Samuel "Chip" G. Hayward
ADAMS HAYWARD & WELSH
4036 Preston Highway
Louisville, KY 40213
sghayw@gmail.com
*Counsel for Plaintiff*

Craig L. Johnson
M. Tyler Reynolds
WHONSETLER & JOHNSON, PLLC
11901 Brinley Avenue
Louisville, KY 40243
johnson@whonsetler.com
reynolds@whonsetler.com
*Counsel for Defendant Gulf Coast Enterprises*

           */s/ Sean Ragland*
           Sean Ragland
           Nicholas R. Hart