◆WDKy      (Rev. 10/14) Affidavit for Order of Garnishment (Non-wage)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### at LOUISVILLE DIVISION
### AFFIDAVIT FOR ORDER OF GARNISHMENT (NON-WAGE)

Judgment Creditor:   **SOURCEAMERICA**

Judgment Debtor:   **ROBERT RAY REED**

Case Name and No.
3:15-cv-295-JHM

Garnishee:   **YOUR COMMUNITY BANK**

Name and Address of Judgment Creditor's Attorney

Amount Due:   $400.00
Court Costs:

Jeffrey J Chapuran, Esq
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801

The undersigned affiant states that he is counsel for the Judgment Creditor and states as follows:

1. The above named Judgment Debtor(s) are not now, nor have they been at any time during the pendency of this action, in the active military service of the United States of America.
2. The date of the judgment and the amount due thereon (subject to any credits due for any sums currently being processed) are:
   01/06/2016
   $400.00
3. The following are indebted to said Judgment Debtor(s):

   Your Community Bank
   4055 Flaherty Road
   Vine Grove, KY 40175

   WHEREFORE: The Judgment Creditor prays for garnishment against the Judgment Debtor(s); that the Garnishee(s) named herein be made parties to this action, and that they be required to answer the garnishment(s) issued hereunder; and for its costs.

   _____
   Affiant

Subscribed and sworn to before me by the above affiant this 21st day of December 20 16.

My Commission expires: April 11, 2019

_____
Notary Public, State at Large