✎WDKy    (Rev. 10/14) Order of Garnishment (Non-wage)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
at LOUISVILLE DIVISION

## ORDER OF GARNISHMENT (NON-WAGE)

| | | |
|---|---|---|
| Judgment Creditor: | SOURCEAMERICA | **Garnishee's Date of Receipt** |
| Judgment Debtor: | ROBERT RAY REED | Case Name and No.<br>3:15-cv-295-JHM |
| **Garnishee:** | YOUR COMMUNITY BANK | Name and Address of Judgment Creditor's Attorney |
| Amount Due:<br>Court Costs: | $400.00 | Jeffrey J. Chapuran, Esq.<br>Stoll Keenon Ogden PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507-1801 |

THE UNITED STATES OF AMERICA:

To the **Garnishee**:

If you hold property belonging to, or are indebted to, the judgment debtor named above, you are hereby ORDERED to hold and safely keep all of the property of the Judgment Debtor necessary to satisfy the amount due plus court costs as shown above. You are RESTRAINED from paying to the Judgment Debtor, or to anyone for him, money or property in your possession belonging to him or in which he has any interest.

### INSTRUCTIONS

You Are Hereby Summoned and Required to Do the Following:
(1) Fill in the **Garnishee's Date of Receipt** in the space provided above on all copies;
(2) Hold and safely keep any funds or property due the Judgment Debtor to the extent of the Amount Due above plus Court Costs until further Order of the Court or as directed below;
(3) Promptly attempt to notify the Judgment Debtor by mailing a copy of this Order to his last known address or by delivering it to him;
(4) If after the expiration of **fourteen (14) days** from your receipt of this Order and there has been no further notice from the Court, then do the following:
    (a) Using the form provided, Answer as Garnishee within **twenty (20) days** of the receipt of this Order; and
    (b) Forward to the Attorney named below your Answer; and,
    (c) Send the original of your Answer to the Court.

Date: _____                VANESSA L. ARMSTRONG, CLERK

By: _____

### IMPORTANT LEGAL NOTICE TO JUDGMENT DEBTOR

Money or property belonging to you has been subjected to a garnishment under a judgment entered against you in this case. Some funds may be exempt from garnishment, including Social Security benefits, workers compensation benefits, unemployment insurance benefits, AFDC, and some other types of governmental benefit payments; however, you must claim and prove any applicable exemption. If you can show that the property garnished by this Order consists of exempt funds, then you may immediately request a hearing in the court listed above by filing a sworn written request with the Clerk of the Court within ten (10) days of the Garnishee's Date of Receipt noted above. **Note:** The Clerk does not have forms for you to use and cannot give you legal advice.

Distribution: Original to Court, Copy to Judgment Creditor's Attorney, Copy to Garnishee (sent by Judgement Creditor's Attorney)