IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| ROBERT RAY REED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GULF COAST ENTERPRISES )<br>THE GINN GROUP, INC. )<br>SOURCEAMERICA, INC. )<br>AND  GARY MATTHEWS )<br>)<br>Defendants. )<br>_____) | Case No. 3:15-CV-295-JHM |

## AFFIDAVIT OF THOMAS PETTIGREW

The Affiant, THOMAS PETTIGREW, states as follows:

1. I am employed by The Ginn Group as Director of Human Resources, and I have personal knowledge of the facts stated in this Affidavit.

2. With respect to the situation involving Plaintiff, Robert Reed ("Reed"), Reed was one of the employees who was employed by Gulf Coast Enterprises ("GCE") to provide maintenance labor at Fort Knox.

3. The Ginn Group did not employ Reed.

4. The Ginn Group did not take any action with respect to Reed's employment, nor did it influence GCE or any other entity to take any action.

5. The Ginn Group was not aware that Reed filed a Charge of Discrimination with the Equal Employment Opportunity Commission until this lawsuit.


EXHIBIT 1

Further Affiant sayeth naught.

_____
THOMAS PETTIGREW

STATE OF Georgia )
COUNTY OF Douglas )

Subscribed, sworn to, and acknowledged before me by THOMAS PETTIGREW on this the 9th day of August, 2017.

My Commission expires: 8-23-2019

_____
NOTARY PUBLIC, STATE AT LARGE