## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| ROBERTY RAY REED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-CV-295-JHM |
| ) | |
| GULF COAST ENTERPRISES ) | |
| THE GINN GROUP, INC. ) | |
| AND ) | |
| GARY MATTHEWS ) | |
| ) | |
| Defendants. ) | |

## THE GINN GROUP, INC.'S
## RENEWED MOTION FOR SUMMARY JUDGMENT

Comes the Defendant, The Ginn Group, Inc., by counsel, and moves the Court for entry of summary judgment in its favor pursuant to Fed. R. Civ. P. 56. This Defendant relies upon the pleadings filed herein in support of this motion and incorporates by reference the attached memorandum. Said memorandum and pleadings demonstrate that there is no evidence to support any claim against this Defendant, and it is therefore entitled to judgment as a matter of law.

Respectfully Submitted,

PHILLIPS PARKER ORBERSON & ARNETT, PLC

*/s/ Sean Ragland*
Sean Ragland
Nicholas R. Hart
716 West Main Street, Suite 300
Louisville, KY 40202
(502)583-9900 - Phone
(502)587-1927 - Facsimile
*Counsel for Defendant The Ginn Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on the 11th day of January, 2018.

Samuel G. Hayward
Samuel "Chip" G. Hayward
ADAMS HAYWARD & WELSH
4036 Preston Highway
Louisville, KY 40213
*Counsel for Plaintiff*

Craig L. Johnson
WHONSETLER & JOHNSON, PLLC
11901 Brinley Avenue
Louisville, KY 40243
*Counsel for Defendant Gulf Coast Enterprises*

*/s/ Sean Ragland*
Sean Ragland
Nicholas R. Hart