JOB TITLE: **GENERAL MAINTENANCE WORKER**

REPORTS TO: Dan Jenrich, Senior Executive Officer - TFM

SUPERVISES: ☐ None  ☐ Other: _____

NAME: *Robert Reed*

AU#: 6090         LOCATION: Army Base / Ft Knox KY

## JOB SUMMARY:

This position is responsible for safely performing maintenance duties as assigned by lead worker. Knowledge and willingness to learn all aspects of the job is a requirement of the position. Must be approved to work as applicable to State and/or Federal requirements. This occupation is assigned tasks which require mainly physical abilities and effort involving general maintenance and repair of equipment and buildings requiring practical skill and knowledge (but not proficiency) in such trades as painting, carpentry, plumbing, masonry, and electrical work.

## MINIMUM TRAINING & EXPERIENCE REQUIREMENTS:

1. 2 years related experience to the Specific Job Description. Technical training and/or apprenticeship can substitute for experience
2. High School Diploma or GED.
3. Safely perform essential functions described below.
4. Must be able to pass organization screening requirements including State and Federal Background.
5. Ability to work independently as needed to support the group effort.

## ESSENTIAL FUNCTIONS:

- ☐ ____ Tree trimming and removal
- ☐ ____ General grounds repair
- ☐ ____ Snow & ice removal operations.
- ☐ ____ Road repairs.
- ☐ ____ Replacing electrical receptacles, wires, switches, fixtures, and motors
- ☐ ____ Using plaster or compound to patch minor holes and cracks in walls and ceilings.
- ☐ ____ Repairing or replacing sinks, water coolers, and toilets.
- ☐ ____ Painting structures and equipment.
- ☐ ____ Repairing or replacing concrete floors, steps, and sidewalks.
- ☐ ____ Replacing damaged paneling and floor tiles
- ☐ ____ Hanging doors and installing door locks

EXHIBIT B

000008

- ☐ ____ Replacing broken window panes
- ☐ ____ Performing general maintenance on equipment and machinery
- ☐ ____ Attend GCE/LCI in service training as required.
- ☐ ____ Report supply needs and equipment that need replacing or repairing.

**MARGINAL FUNCTIONS:**

- ☐ ____ Perform other duties as assigned by supervisor.
- ☐ ____ Report facility issues to supervisor/manager for work order request.
- ☐ ____ Perform duties required by site specific statement of work:

_____

**WORK ENVIRONMENT**

May travel to and from various locations and buildings throughout the year and in various weather conditions. Will work with cleaning chemicals. Will be required to follow Emergency Operations Work Assignment per customer requirements. Schedules are subject to change. May require working early morning, mid morning, afternoon and/or evening hours as well weekends and Holidays.

**PHYSICAL REQUIREMENTS**

Physically capable of lifting up to 50 pounds. Ability to frequently bend, crouch, walk, climb stairs and ladders, reach above head, sit (to drive) and lift up to 40 pounds regularly. Assist in lifting equipment and moving furniture when necessary. May be required to move or lift alone.

| Check the box that applies. | | | | |
|---|---|---|---|---|
| **ACTIVITY** | **FREQUENCY** | | | |
| Standing | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Walking | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Sitting | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Lifting | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Pushing/Pulling | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Climbing | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Bending | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Kneeling | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Crouching | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |
| Reaching | ☐ Low | ☐ Moderate | ☐ High | ☐ N/A |

I have reviewed this job description, had a chance to ask any questions and now understand the duties, responsibilities and requirements of this position.

Employee Signature: _Robert A Reed_     Date: _1-11-2011_

Witness: _Teron All_     Date: _11-1-11_