| | A | B | C | D | |
|---|---|---|---|---|---|
| 1 | | ROBERT REED'S | | | |
| 2 | DATE | COMMENTS ON LEAVE REQUEST | HOURS | NOTES | |
| 3 | | | | | |
| 4 | 12/22/2011 | watch kids | 8 | | |
| 5 | 2/29/2012 | car repair | 8 | | |
| 6 | 3/22/2012 | doctors visit | 8 | dr. excuse turned in | ✓ |
| 7 | 3/28/2012 | doctor | 4 | dr. excuse turned in | ✓ |
| 8 | 4/4/2012 | doctor visit | 8 | dr. excuse turned in | ✓ |
| 9 | 4/26/2012 | doctor visit | 8 | dr. excuse turned in | ✓ |
| 10 | 5-8 & 5-9-2012 | wife getting operation | 16 | dr. excuse turned in | ✓ |
| 11 | 5/24/2012 | doctor appt. 12:10 E-town | 4 | dr. excuse turned in | ✓ |
| 12 | 5/29/2012 | appt. with neurologist | 8 | dr. excuse turned in | ✓ |
| 13 | 6/20/2012 | doctor visit | 8 | dr. excuse turned in | ✓ |
| 14 | 6/25/2014 | seeing attorney for tax issue | 8 | | |
| 15 | 6/29/2012 | I need to file small claims suit at | 3.5 | | |
| 16 | | B-burg court for unpaid taxes on | | | |
| 17 | | my house by prior owner | | | |
| 18 | 7/10/2012 | son sick took him to dr. | 8 | dr. excuse turned in | ✓ |
| 19 | 7/26/2012 | get paperwork for house | 8 | | |
| 20 | 8/2/2012 | VA appt. | 8 | dr. excuse turned in | ✓ |
| 21 | 8/7/2012 | going to court for house taxes | 8 | | |
| 22 | 8/17/2012 | VA appt. | 3.5 | dr. excuse turned in | ✓ |
| 23 | 8-20 & 8-21-2012 | court for house taxes | 11.5 | | |
| 24 | 8/29/2012 | be home for delivery | 1.5 | | |
| 25 | 8/31/2012 | father getting heart surgery at | | | |
| 26 | | Jewish in Louisville | 8 | | |
| 27 | 9/4/2012 | VA appt. | 3.5 | dr. excuse turned in | ✓ |
| 28 | 9/5/2012 | pick father up from Jewish Hospital | 8 | | |
| 29 | 9/21/2012 | VA appt. | 8 | dr. excuse turned in | ✓ |
| 30 | 10/2/2012 | sick going to dr. | 3.5 | dr. excuse turned in | ✓ |
| 31 | 10/3/2012 | sick | 8 | dr. excuse turned in | ✓ |
| 32 | 10/16/2012 | VA appt. | 3.5 | dr. excuse turned in | ✓ |
| 33 | 10/22/2012 | VA appt. | 3.5 | dr. excuse turned in | ✓ |
| 34 | 10/31/2012 | aunt passed away in Ohio | 8 | | |
| 35 | 11/1/2012 | aunt passed away in Ohio | 8 | | |
| 36 | 11/6/2012 | 2 VA appts. | 3.5 | dr. excuse turned in | ✓ |
| 37 | 11/21/2012 | VA Louisville | 8 | dr. excuse turned in | ✓ |
| 38 | 11/27/2012 | VA | 2 | dr. excuse turned in | ✓ |
| 39 | 12/4/2012 | wife is getting upper GI at HMH | 8 | dr. excuse turned in | ✓ |
| 40 | 12/6/2012 | C & P for VA in Louisville | 4 | dr. excuse turned in | ✓ |
| 41 | 12/11/2012 | VA | 3.5 | dr. excuse turned in | ✓ |
| 42 | 1/4/2013 | VA appt. | 1.5 | dr. excuse turned in | ✓ |
| 43 | 1-22 & 1-23-2013 | wife getting surgery | 16 | | |
| 44 | 2/5/2013 | VA | 3.5 | dr. excuse turned in | ✓ |
| 45 | 2/8/2013 | VA | 1.5 | dr. excuse turned in | ✓ |
| 46 | 3/6/2013 | VA Ft. Knox | 3.5 | dr. excuse turned in | ✓ |

Note near rows 30-31: "only 1 form"



EXHIBIT C

|    | A | B | C | D | |
|----|---|---|---|---|---|
| 47 | 3/11/2013 | VA Ft. Knox | 3.5 | dr. excuse turned in | ✓ |
| 48 | 3/25/2013 | VA Ft. Knox | 3.5 | dr. excuse turned in | ✓ |
| 49 | 4/9/2013 | VA Ft. Knox | 3.5 | dr. excuse turned in | ✓ -4-39-13- |
| 50 | 5/10/2013 | going out of town | 8 | dr. excuse turned in | ✓ |
| 51 | 5/28/2013 | | | there is a dr. excuse in file but no | ✓ |
| 52 | | | | request for time off form | |
| 53 | 6/7/2013 | redo lower GI because the last one | 8 | dr. excuse turned in | ✓ |
| 54 | | showed positive | | | |
| 55 | 7/25/2013 | Dr. appt. for knee & ankle | 3.5 | dr. excuse turned in | ✓ |
| 56 | 9/3/2013 | VA to be reviewed by new doctor | 8 | dr. excuse turned in | ✓ |
| 57 | 9/26/2013 | Dr. appt in Louisville for service | 8 | dr. excuse turned in | ✓ |
| 58 | | related injury | | | |
| 59 | 10/9/2013 | go to Nortons in Louisville for | 3.5 | dr. excuse turned in | ✓ |
| 60 | | service related injury. | | | |