Nov 14 13 11:52a                                                                 p.2

# Lakeview Center
## EMPLOYEE REPORT

### BAPTIST HEALTH CARE

| x Accident Report | □ Near miss Report |
|---|---|

**Instructions:** Please Print. Fill in all blanks. If a blank does not pertain to your accident, injury, or illness, write "N/A" in that blank. When completed, return this form to Workers' Compensation / Safety, fax (850) 469-3945

**Name:** Robert Reed

**Staff ID #** 701784   **Sex** M   **Age** 48

**Address** PO Box 68   **Phone Number** 502 626-2651

**City / State / Zip Code** Ft. Knox, KY

| | |
|---|---|
| Employment Start Date 01 Nov 11 | Date of accident 12 Nov 13 |
| Job Title G M W | Time of Accident Approx 10 am |
| Department Roads & Grounds (SARG) | Supervisor's Name Gary Mathews (706) |
| Location of Accident Ft. Knox, KY | Task being Performed Weedeating |
| Marital Status M | Shift Start Time 0700 |

**Describe how accident occurred & injured part(s) of body / side (right or left)**
while weedeating at Bridge #13 on the Rip Rap slope right knee gave out causing right ankle to roll.

**What caused the accident** Being on uneven terrain when knee gave out.

**What could have prevented this accident** ?

| | |
|---|---|
| Date & Time you first sought medical attention | 5:30 pm 12 Nov 13 |
| Name of Hospital or Doctor | Louisville VA Hospital |
| Were you using required safety equipment? | Yes |
| Do you have a job at another company? | No |

The information I have provided either in my own writing or verbally for the purpose of this form is true and correct. I understand that providing false or misleading information or omission of information on this report or any other form relating to this claim of injury/accident may result in termination of my employment.

**Signature of Employee** ___ for Robert Reed   **Date:** 14 Nov 13

**Reader or Interpreter:** _____ **Date:** _____

**Signature of Witness:** _____

RECEIVED
Rev. 12/2010   2011
BY: JB 10:30 AM

000118

EXHIBIT
D