# WorkWell Occupational Health
**HMH**

1111 Ring Road
Elizabethtown, KY 42701
270-706-5621

Date: 11/12/13

## Workers' Compensation Evaluation Form

**Patient Name:** Robert R. Reed
**Date of Birth:** 5-18-65
**Age:** 44

**Allergies:** NKDA
**Employer:** Gulf Coast Ent.
**Date of Injury:** 11/12/13

**Chief Complaint:** Rolled (R) ankle
**Pain Assessment:** Min 0 1 2 3 4 (5) 6 7 8 9 (10) Max

**Patient History:** Rolled right ankle.

**History obtained from 3rd party:** _____
**Findings consistent with work related injury/illness:** ☒ YES ☐ NO ☐ UNKNOWN

☒ **New Injury:** Health History form PMH/PSH/Meds/Allergies/SH/FH/comprehensive ROS reviewed, initialed, dated by provider.
☐ **Recheck:** No significant PFSH/ROS changes since that information was completed on initial visit.

**Diagnosis:** (R) Ankle Sprain

### Work Status/Restrictions:
___ Return to regular duty without restrictions on _____
✓ Return to work on 11/13/13 with the following restrictions:
   ___ No lifting/pushing/pulling greater than __ pounds. ___ Right ___ Left
   ___ No work above shoulder/chest level ___ Right ___ Left Arm
   ___ No use of ___ Right ___ Left Hand Leg Arm
   ___ Avoid forceful/repetitive gripping with ___ Right ___ Left Hand
   ___ Avoid repetitive flexion/extension with ___ Right ___ Left Wrist
   ✓ Wear Brace/Splint/Dressing at work when active.
   ___ No below waist work
   ___ No Climbing Ladder/Stairs
   ___ No Squatting/Kneeling
   ___ No repetitive bending/twisting
   ___ No prolonged standing/walking
   ✓ Sit-down duty
   ___ Keep affected area clean/dry
   ✓ Other No commercial driving; walk as tolerated.
___ Remain off work until next office visit.
✓ Follow-up with WorkWell on 11-20-13 @ 9:30
___ As Needed ___ After diagnostic studies are completed.
___ Referred to _____ on _____

☒ Drug/Alcohol Testing Performed
☒ Education/Patient Instructions — Home exercises
☒ Medications/Education
   ☐ Do not take _____
   before or during your work shift.
   OTC ibuprofen or aleve with meals.
   ☐ Physical Therapy
   ___ times for ___ week(s)
   ☐ Discontinue Physical Therapy
   ☒ Use Ice 1-2 times a day for 2-3 days, then dry/moist heat ___ x a day.
   ☐ X-ray: ☐ Negative ☐ Fracture

I hereby authorize any treating physician and/or treatment facility to disclose any information regarding this incident, as well as pertinent findings on history and examination to my employer and worker compensation claims representative, and hereby release the physician and treatment facility from any liability arising from such disclosure. I fully understand the instructions above and acknowledge receipt of a copy. The above restrictions are intended to safely return the employees to work, when suitable work is available.
**I UNDERSTAND THAT IT IS MY RESPONSIBILITY TO TAKE A COPY OF THIS FORM TO MY EMPLOYER.**

Patient Signature _____
Provider Signature _____
Time Out 11:45

☒ Berlin, Robert   ☐ Sorace, Edward   ☐ Coen, Darin   ☐ Other

Page 1—WorkWell Copy;   Page 2—Employer Copy;   Page 3—Patient Copy
Workwell/Forms/WCEvault/U 12/1/11klw

**EXHIBIT E**

000057