

## EDUCATION AND WORKFORCE DEVELOPMENT CABINET
### OFFICE OF VOCATIONAL REHABILITATION

Steve Beshear  
Governor

209 St. Clair Street  
Frankfort, KY 40601  
(502) 564-4440  
Toll Free (800) 372-7172 (V/TTY)  
Fax (502) 564-6745  
ovr.ky.gov

Helen W. Mountjoy  
Secretary

Beth Smith  
Executive Director

Adrian Wyer  
Human Resources Department  
Gulf Coast Enterprises

July 6, 2011

RE: Robert Reed

This letter is to inform you that Robert Reed is currently a client at the Office of Vocational Rehabilitation in Elizabethtown, Kentucky. Robert is a United States veteran and was referred to this office by his spouse, Wendy.

Robert has a diagnosis of Anxiety, Attention Deficit Hyperactivity Disorder, Post Traumatic Stress Disorder, tinnitus, right knee injury, bilateral heel spurs, back pain, and arthritis.

Robert is a professional individual and is an excellent candidate for your program, although he has many deficits that would keep him from being employed in the competitive business community. These deficits include interpersonal skills, mood stability, decreasing motor skills, pain management, and poor self image.

Thank you for your consideration of this individual. Should you require further information, please contact me at 270-766-5121 or by email: laketra.whitman@ky.gov

Sincerely,

LaKetra Whitman  
Vocational Rehabilitation Counselor

KentuckyUnbridledSpirit.com

An Equal Opportunity Employer M/F/D



000011