

**Human Resources**
2001 N. E Street
Pensacola, FL 32501
850-469-3729
www.gulfcoastenterprises.org

# APPLICATION FOR EMPLOYMENT

Gulf Coast Enterprises is an Equal Opportunity Employer/Affirmative Action/M/F/ and does not discriminate in employment on the basis of race, sex, age or disability. Gulf Coast Enterises is a Drug-Free Workplace and Drug Testing is required.

Applicants must complete both Part I Pre-Application and Part II Application to be considered for employment.

Date Submitted: 6/1/2011

It is very important to answer every question completely and accurately. Your application is retained until the position(s) you have applied for have been filled. Resumes cannot be submitted in lieu of application but may be attached.

| | |
|---|---|
| **NAME** (First, Middle, Maiden and Last)<br>Robert R Reed | **MAILING ADDRESS**<br>897 sunset drive |
| **PREFERRED NAME**<br>Rob | **CITY, COUNTY, STATE, ZIP CODE**<br>VINE GROVE, USA, KY 40175 |
| **NAME as it appears on Social Security Card**<br>Robert R Reed | **SOCIAL SECURITY NUMBER**<br>XXX-XX-3650 |
| **TELEPHONE** | **CELL PHONE** |
| **EMAIL ADDRESS**<br>WENDY.REED@INSIGHTBB.COM | |
| **Facility**<br>Gulf Coast Enterprises | **Department**<br>TFM - FT. KNOX |

Position(s) you are applying for:
6090-109959-01 GENERAL EMPLOYMENT - GCE GENERAL MAINTENANCE WORKER - SDI FT KNOX 6090-109959-01

**What are your work preferences?**

| Status | Shift |
|---|---|
| Full-Time | Days |

Have you ever been Employed, served an Internship, Residency or Clinical Rotation with any facility of Baptist Health Care?  No

Do you have any relatives currently employed at any Gulf Coast Enterprises facility?  No

Are you 18 years of age or older?  Yes

**EDUCATION**

| School Name | Location | Years Completed | Course Of Study | Graduate? | Degree |
|---|---|---|---|---|---|
| MEADE CO HIGH SCHOOL | BRANDENBURG, KY | 4 | GENERAL STUDIES | Yes | HS-GED |

**EMPLOYMENT HISTORY**
Permission to contact present employer?

| Date (Mo/Yr) | Name When Employed | Salary | Company (City, State) | Position | Supervisor (Name & Phone) | Reason for Leaving |
|---|---|---|---|---|---|---|
| 6/2005 9/2005 | Robert Reed | 10.25 | ts trucking<br><br>elizabethtown, KY | driver | site supervisor<br>2707371261 | job closer to home |
| 9/2005 10/2010 | Robert Reed | 12.50 | certified construction, llc<br>radcliff, KY | driver | willie holbert<br>2703512441 | laid off |

RELEVANT PREVIOUS WORK DUTIES, SKILLS, ABILITIES, QUALIFICATIONS, VOLUNTEERING for the positions(s) that you are applying:

Operate various motor vehicles. Class      with Hazmat and Tanker endorsements, with a      driving record. Drive either manual or automatic transmission vehicles. Operate a winch and filled out trip tickets and maintenance tickets accurately. Keep vehicles in clean and neat order. I have several safety and attendance awards. Properly load trucks. Unload trucks using forklift, and other conveyances move supplies and materials to proper location by wheelbarrows or hand trucks, stacked materials for storage, collects refuse and salvageable material. Work without supervision. Performs limited clerical duties. Operate Mac tri axle dump truck. Hauled aggregate construction debris and asphalt. On road and off road. On Fort Knox, KY and surrounding area. Pre-trip and safety inspections. Drive a tri axle dump truck where needed in the tri county area. I know Fort Knox roads very well.

Personal References List four people .... ..ow you well, but are not relatives or former emp... ...

| Name Billy Reed | Contact Number ▮ | Years Known 45 |
| Name Kristina Reed | Contact Number ▮ | Years Known 45 |
| Name Dorise Reed | Contact Number ▮ | Years Known 45 |
| Name | Contact Number | Years Known |

How were you referred to Gulf Coast Enterprises? STATEAGNCY

AUTHORIZATION TO SEEK AND TO GIVE REFERENCES
I hereby authorize Gulf Coast Enterprises "GCE" to seek references from previous employers listed on this form, and to obtain a report from a government-reporting agency to be used for employment decisions.

Yes - I certify that I have read, fully understand and agree with the foregoing authorization statement.

This person applied on line and this is an electronic signature authorizing this statement.
Name: Robert R Reed
Application Date: 6/1/2011
SSN: XXX-XX-3650

Application for: Robert R Reed                    Date Submitted: 6/1/201\

Background and Criminal History Check

Gulf Coast Enterprises conducts background screenings, including criminal histories.

All answers to the following questions must be complete and accurate. A "YES" answer to these questions will not automatically bar you from employment. The nature, job relatedness, severity and date of criminal offense(s) in relation to the position for which you are applying will be considered. However, **failure to answer the questions in this application accurately and completely may result in your disqualification from consideration for employment or discharge from employment if you are hired.**

Please note that criminal offenses in your criminal history do not "disappear" from your record after any certain amount of time, and thus you **must** disclose all offenses in this application **regardless of how long ago the offense occurred.** Lakeview Center has many programs which require different levels of background screenings. Therefore, depending on the program requirements, certain criminal offenses may disqualify you from employment. If you have any questions, please ask to speak with a human resources manager.

1. Have you **EVER in your life** pled guilty to any crime or criminal offense, pled no contest (sometimes known as "nolo contendere") to any crime or criminal offense, had adjudication of guilt withheld for any crime or criminal offense, OR been convicted, fined, sentenced, placed on probation, incarcerated, placed on house arrest, assessed any costs of criminal court or had any other criminal penalty imposed upon you?
   No

1A. If the answer to Question 1 above is YES, please identify, explain and give details about the type(s) and circumstances of the crime(s) or criminal offense(s) or matters referred to in Question 1 above:

Remember that failure to report accurately, truthfully and completely the information requested above may result in your being disqualified from consideration for employment or discharged from employment if you are hired. If you have any questions, please contact Human Resources at 850-469-3428.

Sheltered Employee Status: Sheltered

**APPLICANT CERTIFICATION**
I hereby certify that the information given by me in this application and during the interview process is true and complete. I understand that all information on this application is subject to verification, and I agree that if the information is found to be UNTRUE OR MISLEADING IN ANY RESPECT, I WILL BE DISQUALIFIED FROM CONSIDERATION FOR EMPLOYMENT OR IF EMPLOYED, SUBJECT TO IMMEDIATE DISCHARGE.
Yes

000004

Application for: Robert R Reed          Date Submitted: 6/1/2011

PRE-EMPLOYMENT PHYSICAL AND DRUG SCREEN CONSENT
In the event of my employment, I agree to comply with all Gulf Coast Enterprises policies, procedures and rules or other management communications as may be directed to employees. I also agree that if offered a position, I will be required to successfully pass a post-offer/pre-employment urinalysis.

As part of the post-offer/pre-employment offer, I consent to a drug-screening test. I understand as an applicant for employment at the time of the drug screen I will:

- Provide an official photo ID
- Will be asked to sign a test consent form

I understand if I refuse to sign any of the forms, refuse to take the drug test, provide false information or test positive for any prohibited drugs, I will not be considered for employment.

Yes - I have read, understand and consent to a Pre-Employment Physical and Drug Screen statements above.

REQUIREMENTS FOR CERTAIN POSITIONS
Motor Vehicle Reports: If driving is an essential function of a position, you will be required to complete a Motor Vehicle Report Consent form. Motor Vehicle Reports will be obtained annually thereafter. Ongoing insurability is required. For the previous 36-month period, the following guidelines have been established:

- No more than one "at fault" accident
- No more than two speeding violations
- No conviction of driving under the influence (DUI)
- No reckless driving conviction
- No condition of license suspension unless the license has been reinstated or reissued
- Disqualification due to any other condition(s) which Lakeview Center, Inc. or the carrier deems risky

CONSENT TO USE IMAGE OR LIKENESS
I also give my permission for the use of any photograph or likeness taken of me during my term of employment to be used in Gulf Coast Enterprises publications, including those used for internal communications and those intended to promote this organization to the general community.
YES

Application Valid Until Position(s) applied for have been filled
I acknowledge that this application will be valid only until specific position(s) applied for have been filled.


Yes - I have read, understand and agree with ALL of the Application Statements above

APPLICANT ATTESTATION STATEMENT
I verify I have reviewed my application and attest that the information provided is accurate and have been given the opportunity to correct or discuss this information with a Human Resources manager if needed.

Name: Robert R Reed                     Signature _____
Application Date: 6/1/2011
SSN: XXX-XX-3650                        Date _____

000005



# New Hire Recommendation

11/02, 4/11, 10/11

To Leader:
Complete this form and submit with required attachments to Human Resources. HR will review and approve the information and will make a contingent job offer to the candidate. HR will schedule the drug screen and the fingerprint and background checks when applicable. Upon clearance, the leader will be notified to make the final offer of employment to the candidate and determine the start date. **NO OFFER OF EMPLOYMENT IS TO BE MADE WITHOUT PRIOR HR REVIEW AND APPROVAL.**

Candidate Selected: __Robert Reed__   Position # Applied For: __23370__

Job Title __General Maintenance Worker__ Contract/Location _____

~~Supervisor's~~ HR Name __William VanCleave__   Contact # _____

Supervisor's Contract/Location __Ft. Knox (TFM)__

Person's with a Severe Disability_____ Non-Severely Disabled_____ Home AU#_____

Primary Position_____ Additional Position_____

Is this person a current employee? ☐ Yes   ☑ NO

Is this a previous employee? ☐ Yes   ☑ NO

**Did You: (initial each box)**

☐ Review job requirements and pay rate.        Lunch Rule: _____
☐ Review driving policy if applicable.
☐ Review benefits if applicable.

**Pay Information**

Hourly $_____   Salary $_____

Number of Hours ____ 1-14   ____ 15-22   ____ 23-32   ____ 33 or more

Requirements for Position (place √ in appropriate box):

(_) Name Badge        (_) Qualified Driver        (_) Fingerprints

It is the responsibility of the Project Manager to contact internal candidates regarding the hiring decision. Do you want HR to send regret letters to external applicants? Yes __✓__   No _____

000006

**Individual with a Disability** means any person who **(1)** has a physical or mental impairment who substantially limits one or more of such person's major life activities, **(2)** has a record of such impairment, or **(3)** is regarded as having such an impairment.

### Veteran of other conflicts:

**Veteran of Gulf War** means a veteran, any part of whose active military, naval, or air service, was during the period August 2, 1990 to present who served in any of the following areas in Southwest Asia: Iraq, Kuwait, Saudi Arabia, The neutral zone between Iraq and Saudi Arabia, Bahrain, Qatar, The United Arab Emirates, Oman, Gulf of Aden, Gulf of Oman, Waters of the Persian Gulf, the Arabian Sean, and the Red Sea; and was on active duty for a period of more than 180 days and was discharged or released there from with other than a dishonorable discharge.

**Veteran of Operation Desert Storm conflict** means a veteran, any part of whose active military, naval, or air service, was during the period January 17, 1991 through April 1991 who served on active duty for a period of more than 180 days and was discharged or released there from with other than a dishonorable discharge.

**Veteran of the Afghanistan Conflict (Operation Enduring Freedom)** means a veteran, any part of whose active military, naval, or air service, was during the period September 11, 2001 through (ending date yet to be established) who served on active duty for a period of more than 180 days and was discharged or released there from with other than a dishonorable discharge.

**Veteran of the Iraq Conflict (Operation Iraqi Freedom)** means a veteran, any part of whose active military, naval, or air service, was during the period March 19, 2003 through (ending date yet to be established) who served on active duty for a period of more than 180 days and was discharged or released there from with other than a dishonorable discharge.

**Veteran of the Korean Conflict** means a veteran, any part of whose active military, naval, or air service, was during the period June 27, 1950 through January 31, 1955 who served on active duty for a period of more than 180 days and was discharged or released there from with other than a dishonorable discharge.

**Veteran of World War II** means a veteran, any part of whose active military, naval, or air service, was during the period December 7, 1941 through July 25, 1947 (with continuous active duty on or before December 31, 1946) who served on active duty for a period of more than 180 days and was discharged or released there from with other than a dishonorable discharge.

Print Name: _Robert R Reed_

Signature: _Robert R Reed_     Date: _10-17-2011_

Rev: 7/2010, 4/2011

000007

| | |
|---|---|
| **JOB TITLE:** | **GENERAL MAINTENANCE WORKER** |
| **REPORTS TO:** | Dan Jenrich, Senior Executive Officer - TFM |
| **SUPERVISES:** | ☐ None   ☐ Other: _____ |
| **NAME:** | *Robert Reed* |
| **AU#: 6090** | **LOCATION:** Army Base / Ft Knox KY |

## JOB SUMMARY:

This position is responsible for safely performing maintenance duties as assigned by lead worker. Knowledge and willingness to learn all aspects of the job is a requirement of the position. Must be approved to work as applicable to State and/or Federal requirements. This occupation is assigned tasks which require mainly physical abilities and effort involving general maintenance and repair of equipment and buildings requiring practical skill and knowledge (but not proficiency) in such trades as painting, carpentry, plumbing, masonry, and electrical work.

## MINIMUM TRAINING & EXPERIENCE REQUIREMENTS:

1. 2 years related experience to the Specific Job Description. Technical training and/or apprenticeship can substitute for experience
2. High School Diploma or GED.
3. Safely perform essential functions described below.
4. Must be able to pass organization screening requirements including State and Federal Background.
5. Ability to work independently as needed to support the group effort.

## ESSENTIAL FUNCTIONS:

- ☐ _____ Tree trimming and removal
- ☐ _____ General grounds repair
- ☐ _____ Snow & ice removal operations.
- ☐ _____ Road repairs.
- ☐ _____ Replacing electrical receptacles, wires, switches, fixtures, and motors
- ☐ _____ Using plaster or compound to patch minor holes and cracks in walls and ceilings.
- ☐ _____ Repairing or replacing sinks, water coolers, and toilets.
- ☐ _____ Painting structures and equipment.
- ☐ _____ Repairing or replacing concrete floors, steps, and sidewalks.
- ☐ _____ Replacing damaged paneling and floor tiles
- ☐ _____ Hanging doors and installing door locks

- ☐ ____ Replacing broken window panes
- ☐ ____ Performing general maintenance on equipment and machinery
- ☐ ____ Attend GCE/LCI in service training as required.
- ☐ ____ Report supply needs and equipment that need replacing or repairing.

**MARGINAL FUNCTIONS:**

- ☐ ____ Perform other duties as assigned by supervisor.
- ☐ ____ Report facility issues to supervisor/manager for work order request.
- ☐ ____ Perform duties required by site specific statement of work:

_____
_____

**WORK ENVIRONMENT**
May travel to and from various locations and buildings throughout the year and in various weather conditions. Will work with cleaning chemicals. Will be required to follow Emergency Operations Work Assignment per customer requirements. Schedules are subject to change. May require working early morning, mid morning, afternoon and/or evening hours as well weekends and Holidays.

**PHYSICAL REQUIREMENTS**
Physically capable of lifting up to 50 pounds. Ability to frequently bend, crouch, walk, climb stairs and ladders, reach above head, sit (to drive) and lift up to 40 pounds regularly. Assist in lifting equipment and moving furniture when necessary. May be required to move or lift alone.

| Check the box that applies. | |
|---|---|
| ACTIVITY | FREQUENCY |
| Standing | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Walking | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Sitting | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Lifting | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Pushing/Pulling | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Climbing | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Bending | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Kneeling | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Crouching | ☐ Low ☐ Moderate ☐ High ☐ N/A |
| Reaching | ☐ Low ☐ Moderate ☐ High ☐ N/A |

I have reviewed this job description, had a chance to ask any questions and now understand the duties, responsibilities and requirements of this position.

Employee Signature: _Robert A Reed_   Date: _1-1-2011_

Witness: _Teresa All_   Date: _11-1-11_

000009



## EDUCATION AND WORKFORCE DEVELOPMENT CABINET
### OFFICE OF VOCATIONAL REHABILITATION

Steve Beshear  
Governor

209 St. Clair Street  
Frankfort, KY 40601  
(502) 564-4440  
Toll Free (800) 372-7172 (V/TTY)  
Fax (502) 564-6745  
ovr.ky.gov

Helen W. Mountjoy  
Secretary

Beth Smith  
Executive Director

Adrian Wyer  
Human Resources Department  
Gulf Coast Enterprises

July 6, 2011

RE: Robert Reed

This letter is to inform you that Robert Reed is currently a client at the Office of Vocational Rehabilitation in Elizabethtown, Kentucky. Robert is a United States veteran and was referred to this office by his spouse, Wendy.

Robert has a diagnosis of Anxiety, Attention Deficit Hyperactivity Disorder, Post Traumatic Stress Disorder, tinnitus, right knee injury, bilateral heel spurs, back pain, and arthritis.

Robert is a professional individual and is an excellent candidate for your program, although he has many deficits that would keep him from being employed in the competitive business community. These deficits include interpersonal skills, mood stability, decreasing motor skills, pain management, and poor self image.

Thank you for your consideration of this individual. Should you require further information, please contact me at 270-766-5121 or by email: laketra.whitman@ky.gov

Sincerely,

LaKetra Whitman  
Vocational Rehabilitation Counselor

KentuckyUnbridledSpirit.com

Kentucky UNBRIDLED SPIRIT

An Equal Opportunity Employer M/F/D

000011

# WorkWell HMH | Occupational Health

## Fit for Duty Evaluation

Company Name: **Gulf Coast Enterprises**

Employee Name: **Robert R. Reed**

Date of Exam: **10/20/11**

Reason for Exam: **✓** New Hire _____ Periodic

**✓** At this time, no active medical problem exists which should affect ability to perform job.

_____ **NEGATIVE** Drug Screen                _____ **POSITIVE** Drug Screen

_____ **NEGATIVE DILUTE** Drug Screen (Recommend Retest Immediately)

_____ Is able to perform job, but has medical findings requiring accommodations:

_____

_____ Employee is not physically able to perform essential job functions of the position for which they were hired.

_____ Deferred pending further medical evaluation: _____

_____

_____ Is able to use a _____ negative _____ positive pressure respirator.

Comments: Above decision based upon private physician's full release, history and physical examination.

Medical Provider: [signature]        Date Signed: 10/20/11

☒ Berlin, Robert    ☐ Sorace, Edward    ☐ Other _____

1111 Ring Road ♦ Elizabethtown, KY 42701 ♦ 270-706-5621

*Snicmaster/Forms/Fit for Duty WW, U3/17/10er*

10/21/11 Called Results to Bill (B)

000012



GmW
CDL

Name: Robert Reed
AU / TES: 6090
Received Date: 7-6-11

# Disability Paperwork Approval Form

☒ APPROVED

☐ NOT APPROVED

**Disability Codes:**

1 – MR/DD Mild (FSIQ 50-69)
2 – MR/DD Moderate (FSIQ 35-49)
3 – MR/DD Severe (FSIQ 20-34)
4 – Borderline Intellectual Functioning
5 – Learning Disability
6 – Autism Spectrum Disorders
7 – Other Developmental Disability
8 – Traumatic Brain Injury
9 – Other Neurological Impairments
10 – Substance Abuse

(11) – Mental Illness (Mood/Affective Disorders, Schizophrenia)
12 – Mental Illness (Other)
13 – Legal Blindness
14 – Visual Impairments (other than blindness)
15 – Hearing Impairment
16 – Cerebral Palsy
17 – Endocrine, Nutritional & Metabolic (inc. Diabetes & Immune)
(18) – Musculoskeletal System & Connective Tissue
19 – Other Physical Disorders
20 – Other Severe Disability
21 – Other Disability (Not meeting standards for severe)
22 – No disability

**Review Date:** _____

**Reason documentation is not approved:**

1 - Does not have appropriate signatures
2 - Does not meet the definition of severely disabled
3 - No diagnosis
4 - Out of date paperwork
5 - Has been competitively employed
6 – Other (see comments)

**Comments:** _____

**Reviewed by:** _(signature)_  **Date:** 7/12/11

Created 1/07; Revised 6/10, 6/11

000013



## Gulf Coast Enterprises
## Employee Review
*(Competitive Employment Evaluation)*

**Review Type:** ☒ Initial ☐ Annual

**Employee Name:** Robert Reed  **ID#:** ___  **AU:** 6090  **Date:** 10/11/11

### Background Information

Date of Hire __na__   Current Job Title __na__

Information considered pertinent to or supporting the evaluation: According to the Education Cabinet / Office of Vocational Rehabilitation. Mr. Reed presents with a cluster of physical and mental health concerns. His vocational counselor reports that he will require specific accommodations not readily provided in a competitive work environment.

### For people who are blind

Medical Documentation:
☐ Signed eye exam with individual's visual acuity or field of vision specified
☐ Signed letter from Government Agency stating that individual is Blind

Is individual capable of competitive employment? Yes ☐ No ☐

If individual is capable of competitive employment, does he or she wish competitive placement?
Yes ☐ No ☐

If the individual wishes placement in a job in the community, what steps are being taken to place the individual: _____

### For people who are severely disabled

Medical Documentation:
☐ Documentation is signed by physician, psychiatrist, or psychologist
☒ Signed letter from Government Agency stating the individual's diagnoses

Synopsis of severe disabilities: *(This individual has the following disabilities)*
Post Traumatic Stress Disorder, Anxiety, Attention deficit Hyperactivity Disorder, Arthritis,

000014

Synopsis of functional limitations. (*This individual has the following limitations in self-care, self-direction, work skills, work tolerance, communication and or mobility as a direct result of the documented impairment*)

| Impaired Major Life Functions | Disabilities (*list individual disabilities*) | | | |
|---|---|---|---|---|
| | Arthritis | ADHD | PTSD | Anxiety |
| Communication | | | | |
| Mobility | | | | |
| Self-Care | X | X | X | X |
| Self-Direction | X | | X | X |
| Work Tolerance | X | X | X | X |
| Work Skills | X | | | |

Competitive employability:

Is this individual currently capable of competitive employment (*obtaining and maintaining a job without supports from the nonprofit agency*)?

      YES ☐        NO ☒

If above answer is no, detail the individual's functional limitations noted above and what accommodations or supports not normally provided in typical community employment are being provided or will be provided upon hire:

| Functional Limitations | Functional Limitation Details | Supports and Accommodations |
|---|---|---|
| Mobility | Decreased Motor skills | modified assignments |
| Communications | | |
| Self-Care | mood instability | modified work schedule |
| Self-Direction | poor self image | external supports |
| Work Tolerance | fatigue | additional breaks |
| Work Skills | lifting restrictions | modified work task |

Evaluator:

Adrain Wyer
Name

Targeted Employment Specialist
Title

11/10/11
Date

*Adrian Wyer*
Signature

000015

# WorkWell Occupational Health

## Fit for Duty Evaluation

Company Name **Gulf Coast Enterprises**

Employee Name **Robert R. Reed**

Date of Exam **10/20/11**

Reason for Exam:  **✓** New Hire  _____ Periodic

**✓** At this time, no active medical problem exists which should affect ability to perform job.

_____ NEGATIVE Drug Screen         _____ POSITIVE Drug Screen

_____ NEGATIVE DILUTE Drug Screen (Recommend Retest Immediately)

_____ Is able to perform job, but has medical findings requiring accommodations: _____

_____ Employee is not physically able to perform essential job functions of the position for which they were hired.

_____ Deferred pending further medical evaluation: _____

_____ Is able to use a _____ negative _____ positive pressure respirator.

Comments: Above decision based upon private physician's full release, history and physical examination.

Medical Provider _[signature]_                Date Signed **10/20/11**

☑ Berlin, Robert    ☐ Sorace, Edward    ☐ Other _____

1111 Ring Road ♦ Elizabethtown, KY 42701 ♦ 270-706-5621
Smcmaster/Forms/Fit for Duty WW, U3/17/10er

10/21/11
Called Results
to Bill
_RB_

000016