

6. Resource Management
6.2 Human Resources
6.2.2 Competence, Training and Awareness
ISO 9001:2008

# Employee Evaluation

**Mission Statement:** Helping people overcome life challenges by connecting people with disabilities to work.

**Employee Name:** Robert Reed   **ID #:** 701784   **Position:** GMW   **AU:** 6090

**Leader Name:** Gary Matthews   **Position:** Supervisor

**Evaluation Period:** Nov 12

## Ratings

(4) **Commendable** – Significantly exceeds expectations, others rely on the employee for guidance and help, truly outstanding performance, behavior serves as a role model to others.

(3) **Does Job Well** - Consistently meets GCE's high standard of performance, shows commitment to the job and achieves results that reflect quality. *Good Job.*

(2) **Acceptable** - Usually meets the minimum job requirements. Works at a moderate pace and produces work of acceptable quality.

(1) **Improvement Opportunity** – Has the opportunity to demonstrate competence, but does not meet GCE's high standards of performance. Improved performance is required.

HRD-FM002
Page 1 of 4

Printed Copy is Uncontrolled

Approval: DCR# 44
Date: 10/26/2012

000028



6. Resource Management  
6.2 Human Resources  
6.2.2 Competence, Training and Awareness  
ISO 9001:2008

| ❶ Work Habits | ☆ |
|---|---|
| **Attendance** — Reports to work as scheduled. Limited unexcused absences. | 1 |
| **Punctuality** — Reports to work on time. Follows scheduled breaks. | 2 |
| **Organization** — Keeps work area/assignments orderly. Limited retraining or Redirection. | 3 |
| **Work Assignment** — Can be assigned to any work environment. Handles pressure well. | 3 |

Total number of points for this section: 9

Comments: Needs to work on his attendance.

| ❷ Work Performance | ☆ |
|---|---|
| **Productivity** — Completes assignments in allotted time. | 3 |
| **Work Quality** — Completes assignments to required specifications. | 3 |
| **Safety** — Follows established safety practices. Demonstrates knowledge of safety protocol. | 3 |
| **Job Knowledge** — Demonstrates understanding of all phases of work assignment. | 3 |

Total number of points for this section: 12

Comments:

| ❸ Interpersonal Behavior | ☆ |
|---|---|
| **Courtesy** — Shows consideration for others. Consistently positive interactions with others. | 3 |
| **Flexibility** — Adapts well to changes in work assignment. Willing to perform different tasks. | 2 |
| **Initiative** — Seeks opportunities to perform new and challenging tasks. | 2 |

HRD-FM002  
Page 2 of 4

Approval: DCR# 44  
Date: 10/26/2012

*Printed Copy is Uncontrolled*

000029



6. Resource Management
6.2 Human Resources
6.2.2 Competence, Training and Awareness
ISO 9001:2008

| Personal Appearance<br>Reports to work well groomed and appropriately dressed. | 3 |
|---|---|

Total number of points for this section:   <u>10</u>

Comments:

### ④ Essential Job Functions

| Work Habits | Total Points = <u>9</u> |
|---|---|
| Work Performance | Total Points = <u>12</u> |
| Interpersonal Behavior | Total Points = <u>10</u> |
| Total Points | = <u>31</u> |
| Divided by number of items completed | ÷ 12 = <u>2.58</u> |
| Overall Score (on a scale of 1-4) | <u>2.58</u> ☆ |

### ⑤ Mandatory Training and Job Description

Leader, sign below to certify that the employee has completed the mandatory training requirements, the job description was reviewed with the employee, and that a copy is attached to the evaluation form.

Failure to meet training requirements places the employee on probation.

(Attach supporting documentation – training records and job description)

_____          _____
Supervisor's Signature                                    Date

HRD-FM002
Page 3 of 4

*Printed Copy is Uncontrolled*

Approval: DCR# 44
Date: 10/26/2012

000030



6. Resource Management
6.2 Human Resources
6.2.2 Competence, Training and Awareness
ISO 9001:2008

## Signature Page

Your overall star rating this period is: **2.58** ☆

Goals for Coming Year (to include training, competencies, etc.):

1.

2.

3.

_____   __10-30-12__
**Manager's Signature**                                     Date

**Employee Comments:**

_____
_____
_____
_____

_____   __10-30-12__
**Employee Signature**                                       Date

My signature certifies that I have reviewed my evaluation form and have been given the opportunity to provide feedback.

HRD-FM002                                                         Approval: DCR# 44
Page 4 of 4                                                            Date: 10/26/2012

*Printed Copy is Uncontrolled*

000031



6. Resource Management
6.2 Human Resources
6.2.2 Competence, Training and Awareness
ISO 9001:2008

# Employee Feedback Form

**Leader: Provide this form to the employee prior to the evaluation interview.**

Employee: As part of our commitment to understanding and increasing employee satisfaction, we would appreciate your participation in the following questions.

**Employee Name** _Robert Reed_  **AU** _6090_

**Performance Review:**
What have you learned over the last year?
_How to run different types of equipment_

What is GCE doing better this year over last year?

Rate your own employee morale from 1 - 5 (5 is highest).   1  2  3 ④ 5

**Looking Forward:**

What would you like to be doing next year? _Be an operator_

What would you like to be doing 5 years from now? _Same_

HRD-FM001  
Page 1 of 1

Approval: DCR# 43  
Date: 11/28/2012

*Printed Copy is Uncontrolled*

000032