

**RE: Return to work on Robert (UNCLASSIFIED)**
Reed, W Lynn (Wendy) CIV USARMY HQDA HRMD (US)
To: Bill VanCleave
This message is digitally signed.

07/07/2014 12:27 PM

Classification: UNCLASSIFIED
Caveats: NONE

Good Afternoon,

That is all the information I was given from the doctor. When I'm given more, you'll get more. Sorry. They said it would take a few weeks though. He wasn't "released". He is still on very light duty. He is restricted to sedentary duty, which means sitting only. That includes no climbing into vehicles, etc.

Thank you for your continued support,

Wendy L. Reed
United States Army Human Resources Command
PERSINSD-PMD-HQ Secretary
1600 Spearhead Division Avenue
Maude Complex 6434-05-02-019
Ft. Knox, KY              40122
Direct Line:  502-613-7994
Fax Line:  502-613-4515
w.l.reed.civ@mail.mil


-----Original Message-----
From: Bill VanCleave [mailto:Bill.VanCleave@bhcpns.org]
Sent: Thursday, July 03, 2014 4:55 PM
To: Reed, W Lynn (Wendy) CIV USARMY HQDA HRMD (US)
Subject: Return to work on Robert

Ms. Reed,

On 7/2/14, Ms. Betty Marcum, who work with me here at GCE,  received an e-mail from you with a return to work release for Robert.  I saw that he was released on 7/2/14 with restrictions of sedentary work until a brace is made for him.  Can you supply me with a projected date when he should be fitted with the brace, so we will have some idea when we can expect Robert to return.

Thanks,

Bill VanCleave, SPHR
Human Resources Manager
Gulf Coast Enterprises
phone:  502-626-2646
fax:  502-626-2661
e-mail:  bill.vancleave@bhcpns.org


All electronic data transmissions originating from or sent to Baptist Health Care Corporation (BHC) are subject to monitoring. If the reader of this