UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ROBERT RAY REED ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 3:15-cv-295-JHM-CHL |
| ) | |
| GULF COAST ENTERPRISES, ET AL. ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF WITHDRAWAL

Comes now Gregory L. Finch, and hereby respectfully gives notice of his withdrawal as counsel for Defendant Gulf Coast Enterprises, effective December 21, 2018 at the close of business. Craig L. Johnson and James N. Martin, Jr. of Steptoe & Johnson PLLC will continue as counsel of record for Defendant Gulf Coast Enterprises, and should continue to receive pleadings, motions, orders, any other papers filed or served in this matter, and all electronic service and correspondence.

Counsel should update their Service List in accordance with the names and addresses below.

**Craig L. Johnson, Esq**. - craig.johnson@steptoe-johnson.com
**James N. Martin, Jr., Esq**. - james.martin@steptoe-johnson.com

Respectfully submitted,

/s/ *Gregory L. Finch*
Craig L. Johnson
Gregory L. Finch
STEPTOE & JOHNSON, PLLC
700 N. Hurstbourne Parkway, Suite 115
Louisville, KY 40222
Phone: (502) 423-2000
Fax: (502) 423-2001
craig.johnson@steptoe-johnson.com
*Gregory.finch@steptoe-johnson.com*
*Counsel for Defendant Gulf Coast Enterprises*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2018 a copy of the foregoing was filed electronically through the ECF system, which will send a notice of electronic filing to:

Samuel G. Hayward, Esq.
Samuel G. "Chip" Hayward, Jr.
ADAMS HAYWARD & WELSH
4036 Preston Highway
Louisville, KY 40213
samuelghayward@hotmail.com
*Counsel for Plaintiff*

Sean Ragland, Esq.
Nicholas R. Hart, Esq.
Phillips Parker Orberson & Arnett, PLC
716 West Main Street, Suite 300
Louisville, KY 40202
sragland@ppoalaw.com
nhart@ppoalaw.com
*Counsel for The Ginn Group, Inc.*


/s/ Gregory L. Finch
Craig L. Johnson, Esq.
Gregory L. Finch, Esq.

2