UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ROBERT RAY REED | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:15-cv-295-JHM |
| | ) |
| GULF COAST ENTERPRISES, ET AL. | ) |
| | ) |
| Defendant, | ) |

**AGREED ORDER OF DISMISSAL**

Plaintiff and Defendants Gulf Coast Enterprises and The Ginn Group having resolved their respective claims, and the Court being sufficiently advised, IT IS HEREBY ORDERED as follows,

1. That all of Plaintiff's claims against the Defendants be, and hereby are, **DISMISSED**, with prejudice.

2. Each party is to bear their own respective costs, expenses and attorney fees.

This is a final and appealable Order, and there being no just cause for delay.

ENTERED this _______ day of _________________, 2019.

_______________________________________
JUDGE, UNITED STATES DISTRICT COURT

HAVE SEEN AND AGREED TO:

/s/ Samuel G. Hayward
Samuel G. Hayward, Esq.
Samuel G. "Chip" Hayward, Jr.
ADAMS HAYWARD & WELSH
4036 Preston Highway
Louisville, KY 40213
samuelghayward@hotmail.com
*Counsel for Plaintiff*

/s/ Craig L. Johnson
Craig L. Johnson
STEPTOE & JOHNSON, PLLC
700 N. Hurstbourne Parkway, Suite 115
Louisville, KY 40222
*Counsel for Defendant, Gulf Coast Enterprises*

/s/ Sean Ragland
Sean Ragland
PHILLIPS PARKER ORBESON & ARNETT
716 West Main Street, Suite 300
Louisville, KY 40202
*Counsel for The Ginn Group, Inc.*